## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

KENNETH L. HUNNEL,                                    **Civil File No. 10-CV-02125**

      Plaintiff,

vs.                                                                    **STIPULATION OF DISMISSAL**
                                                                            **WITH PREJUDICE**

CAVALRY PORTFOLIO SERVICES, LLC,

      Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Kenneth Hunnel, and the defendant, Cavalry Portfolio Services, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, each side to bear its own costs and attorneys fees.

      Respectfully submitted,

Dated:  June 2, 2010_____                By __/s/J. Mark Meinhardt_____
                                                                    J. Mark Meinhardt
                                                                    4707 College Boulevard, Suite 100
                                                                    Leawood, KS  66211
                                                                    (913) 451-9797
                                                                    (913) 451-6163 (fax)
                                                                    ATTORNEY FOR PLAINTIFF

Dated:  June 2, 2010_____                By __/s/Susan L. Mauch_____
                                                                    Susan L. Mauch, #15295
                                                                    Cosgrove, Webb & Oman
                                                                    534 S. Kansas Avenue, Suite 1100
                                                                    Topeka, KS 66603
                                                                    (785) 235-9511
                                                                    (785) 235-2082 (fax)
                                                                    ATTORNEY FOR DEFENDANT